UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL A. WASHINGTON,           )<br>                                                       )<br>            Petitioner,                     )<br>                                                       )<br>       v.                                           )<br>                                                       )<br>TOMMY FELKER, Warden,           )<br>                                                       )<br>            Respondent.                  )<br>_____) | No. EDCV 07-1556-R (RCF)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED:  Sept. 1, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE